**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000817
04-FEB-2025
08:20 AM
Dkt. 44 ODSLJ**

NO. CAAP-24-0000817

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

210S LLC, a Hawaii limited liability company,
Plaintiff-Appellee, v.
DI WU, Defendant-Appellant, and
JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5;
DOE COMPANIES 1-5; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5,
AND DOE GOVERNMENTAL UNITS 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0001069)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record in CAAP-24-0000817 and 1CCV-22-0001069,[1] we lack jurisdiction over self-represented Defendant-Appellant Di Wu's appeal from the November 27, 2024 "Order Denying Defendant's Motion for Jury Trial, Filed November 8, 2024 (DKT. 301)." The circuit court has not entered an appealable judgment, and the November 27, 2024 Order is not independently appealable. See Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994) (holding that a civil appeal under Hawaii Revised Statutes (**HRS**) § 641-1(a) will be dismissed if the circuit court has not entered an appealable judgment pursuant to Hawaiʻi Rules of Civil Procedure Rule 58 or Rule 54(b)); Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (reciting the requirements for appeals under the collateral-order doctrine and the Forgay

---

[1] The court takes judicial notice of the record in 1CCV-22-0001069. Hawaii Rules of Evidence Rule 201.

doctrine); HRS § 641-1(b) (2016) (setting forth the requirements for leave to file an interlocutory appeal, and stating that the "refusal of the circuit court to allow an appeal from an interlocutory judgment, order, or decree shall not be reviewable by any other court").

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of appellate jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, February 4, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge